UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                     Chapter 13

           JOSETTE REID
                                                           Bankruptcy No. 24-10243-AMC

                    Debtor

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.       Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.       The within case was commenced by the filing of a Chapter 13 petition on 01/26/2024.

3.       This Motion to Dismiss has been filed for the following reason(s):

   •   There has been unreasonable delay by debtor(s) that is prejudicial to creditors
       pursuant to 11 U.S.C. Section 1307(c)(1).

   •   Debtor(s) has/have failed to provide, not later than 7 days before the date first set for
       the first meeting of creditors, a copy of the Federal income tax return required by 11
       U.S.C. Section 521(e)(2).

       WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 08/02/2024                                 Respectfully submitted,

                                                 */s/ Kenneth E. West, Esq.*
                                                 Kenneth E. West, Esq.
                                                 Standing Chapter 13 Trusteee
                                                 P.O. Box 40837
                                                 Philadelphia, PA  19107
                                                 Telephone: (215) 627-1377